UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 12-23846-CIV-MARTINEZ-MCALILEY

ARRIVALSTAR S.A. and MELVINO
TECHNOLOGIES LIMITED,

    Plaintiff,

vs.

HAPAG-LLOYD USA, LLC,

    Defendants.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE AND
ORDER DENYING ALL PENDING MOTIONS AS MOOT**

THIS MATTER is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice **(D.E. No. 5)**. It is:

**ADJUDGED** that this action is **DISMISSED with prejudice**. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED as moot**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 24 day of October, 2012.

                                                          JOSE E. MARTINEZ
                                                          UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record